**No. 09-993. PLIVA, Inc., et al., Petitioners v. Gladys Mensing.**

**No. 09-1039. Actavis Elizabeth, LLC, Petitioner v. Gladys Mensing.**

**No. 09-1501. Actavis, Inc., Petitioner v. Julie Demahy.**

564 U.S. 1058, 132 S. Ct. 55, 180 L. Ed. 2d 924, 2011 U.S. LEXIS 5136.

August 15, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 604, 131 S. Ct. 2567, 180 L. Ed. 2d 580, 2011 U.S. LEXIS 4793.

▮

**No. 10-179. Howard K. Stern, Executor of the Estate of Vickie Lynn Marshall, Petitioner v. Elaine T. Marshall, Executrix of the Estate of E. Pierce Marshall.**

564 U.S. 1058, 132 S. Ct. 56, 180 L. Ed. 2d 924, 2011 U.S. LEXIS 5143.

August 15, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 462, 131 S. Ct. 2594, 180 L. Ed. 2d 475, 2011 U.S. LEXIS 4791.

▮

**No. 10-1254. Lana Parker, Petitioner v. Richmond County Board of Education.**

564 U.S. 1059, 132 S. Ct. 56, 180 L. Ed. 2d 924, 2011 U.S. LEXIS 5123.

August 15, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1019, 131 S. Ct. 3028, 180 L. Ed. 2d 846, 2011 U.S. LEXIS 4587.

▮

**No. 10-1260. Clinton Gard, et ux., Petitioners v. City of Omaha, Nebraska.**

564 U.S. 1059, 132 S. Ct. 56, 180 L. Ed. 2d 924, 2011 U.S. LEXIS 5089.

August 15, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1005, 131 S. Ct. 2996, 180 L. Ed. 2d 822, 2011 U.S. LEXIS 4502.

▮

**No. 10-1272. Logie W. Talley, Petitioner v. Housing Authority of Columbus, Georgia, et al.**

564 U.S. 1059, 132 S. Ct. 56, 180 L. Ed. 2d 924, 2011 U.S. LEXIS 5137.

August 15, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1020, 131 S. Ct. 3031, 180 L. Ed. 2d 846, 2011 U.S. LEXIS 4612.

**No. 10-1274. Marian K. Agnew, Petitioner v. Sussex Condominium Unit Owners Association.**

564 U.S. 1059, 132 S. Ct. 57, 180 L. Ed. 2d 924, 2011 U.S. LEXIS 5140.

August 15, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1022, 131 S. Ct. 2941, 180 L. Ed. 2d 227, 2011 U.S. LEXIS 4123.